IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GARY SCOTT                                                                                         PLAINTIFF

VS.                                                                      CAUSE NO.: 1:16cv124-SA-DAS

TUPELO AUTO SALES, LTD.                                                                   DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Presently before the Court is the Parties joint *ore tenus* Motion to dismiss this action with prejudice. The Court, having considered the Motion, and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled, is of the opinion that the Motion is well taken and should be **GRANTED**. Accordingly,

This action is hereby dismissed with prejudice, with each Party to bear its own costs and attorneys' fees.

**SO ORDERED**, this the 20th day of March, 2017.

/s/ Sharion Aycock
HON. SHARION AYCOCK
CHIEF U.S. DISTRICT COURT JUDGE


*/s/ Brian Starling*
Attorney for Plaintiff


*/s/ R. Shane McLaughlin*
Attorney for Defendant